AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COLLINS BONNEMA,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER LISA RAU, UNKNOWN POLICE OFFICERS, and the CITY OF CHICAGO,<br><br>Defendants.<br><br>To: CITY OF CHICAGO<br>C/o City Clerk<br>121 N. LaSalle, Room 107<br>Chicago, IL 60601 | No. 08CV 3642<br><br>Judge **JUDGE DOW**<br>Magistrate Judge **MAGISTRATE JUDGE KEYS** |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) Deputy Clerk                                                              Date

**Michael W. Dobbins, Clerk**
*Anya Ellis* (signature)
--------------------------------
**(By) DEPUTY CLERK**

**June 26, 2008**
--------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date  8/19/08 |
| NAME OF SERVER (PRINT)  Kyle Welch | TITLE  Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Mablelene Coleman
City Clerk
121 N. LaSalle Room 107

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  8/19/08
         Date

Signature of Server

70 S Clark Suite 500
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.